IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05 CR 251-2

UNITED STATES OF AMERICA,

v.

**ORDER**

EFRAIN ROBLES-AVILA,

Defendant.

**THIS MATTER IS** before the Court on Defendant Efrain Robles-Avila's Motion to

Suppress Evidence, (file doc. 24), filed on February 13, 2006. The Government filed its

Response in Opposition, (file doc. 25), on February 15, 2006.

**IT IS, THEREFORE, ORDERED** that this matter is hereby set for hearing on

**Thursday, February 23, 2006**, at **10:15 a.m.** in the United States Courthouse, 200 West Broad

Street, 2nd floor Courtroom, Statesville, North Carolina. An interpreter has been contacted and

will be present for this hearing.

Signed: February 17, 2006

Richard L. Voorhees
Chief United States District Judge